IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHERRIE LYNN SWAFFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:12-cv-00614 |
| v. | ) | |
| | ) | Judge Nixon |
| CAROLYN W. COLVIN, | ) | Magistrate Judge Bryant |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed with a Brief in Support (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response opposing Plaintiff's Motion. (Doc. No. 19.) Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 25 at 15.) The Report was filed on April 2, 2015, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the Commissioner's decision. The Clerk of the Court is **DIRECTED** to close this case.

It is so ORDERED.

Entered this the ___27___ day of April, 2015.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT